Filed 5/30/13  In re Alexander L. CA1/5

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIRST APPELLATE DISTRICT

## DIVISION FIVE

| | |
|---|---|
| In re ALEXANDER L., a Person Coming Under the Juvenile Court Law.<br>_____<br><br>THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ALEXANDER L.,<br><br>    Defendant and Appellant. | A135213<br><br>(Contra Costa County Super. Ct. No. J0602298)<br><br>ORDER MODIFYING OPINION<br>[NO CHANGE IN JUDGMENT] |

**BY THE COURT:**

It is ordered that the opinion filed herein on May 1, 2013, be modified as follows:

1.  The first sentence of the second full paragraph on page 9 is revised to read as follows:  " Reversal of the order from which this appeal is taken will certainly grant appellant effectual relief, because it will reverse the commitment imposed by the April 9, 2012 dispositional order."

2.  The final sentence of the carryover paragraph at the top of page 10, beginning with the word "Accordingly," is revised by deleting all text after the word "order," while retaining footnote 8.  The revised sentence reads as follows: "Accordingly, we will reverse the April 9, 2012 dispositional order.[8]"

1

3. Footnote 9 on page 11 is revised by adding the following sentence to the end of the footnote: "Because the February 15, 2013 dispositional order is not before us, we express no view on it."

4. On page 12, the language following the heading "DISPOSITION" is deleted and replaced with the following: "The April 9, 2012 dispositional order is reversed and the matter is remanded so that the juvenile court may address the issues discussed in part IV of this opinion and for such further proceedings as are authorized by law."

There is no change in judgment.

Nothing in this order should be construed as expressing any view on the various legal arguments the parties have raised in their findings related to the request for modification.

Dated: _____          _____, P. J.